UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PEGGY ROACH,<br>　　　　Plaintiff,<br>　v.<br>KAISER PERMANENTE FLEXIBLE BENEFITS PLAN, et al.,<br>　　　　Defendants. | Case No. 15-cv-01335-SBA<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 17 |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED without prejudice. In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed by no later than ninety (90) days from the date this Order is filed. All scheduled dates are VACATED. The Clerk shall terminate any pending matters.

**IT IS SO ORDERED.**

Dated: June 3, 2015

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge